PUBLIC SERVICE CORPORATION OF NEW JERSEY et al.,
appellants,

*v.*

TOWN OF WESTFIELD, respondent.

[Submitted December 6th, 1913.   Decided January 29th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Eméry, whose opinion is reported in *80 N. J. Eq. (10 Buch.) 295,* and *ante p. 43.*

*Mr. Frank Bergen,* for the appellants.

*Mr. Paul Q. Oliver,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—12.

*For reversal*—None.